# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MEYERS DIVISION

BASKET ENTERTAINMENT, INC., and
INDIGO VC, INC.,

    Plaintiffs,

v.

JOHN CHARLES BRAUN
CANNATA, et al.,

    Defendants.

Case No. 2:24-cv-627-SPC-KCD

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Victoria J. Wilson of Levine Kellogg Lehman Schneider + Grossman LLP hereby enters her appearance as counsel on behalf of Defendants John Charles Braun Cannata, R. Advertising & Sales LLC, and Mobile Game Advertising & More, LLC. Please serve copies of all orders, pleadings, motions, correspondence, and any other papers to the undersigned at the following address/emails:

> Victoria J. Wilson
> **LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
> 100 Southeast Second Street
> Miami Tower, 36th Floor
> Miami, Florida 33131
> Primary email: vjw@lklsg.com
> Secondary email: ph@lklsg.com

Dated:  July 31, 2024

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403.8788
Facsimile: (305) 403.8789

By: */s/Victoria J. WIilson*
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
Email: jcs@lklsg.com
Secondary: ph@lklsg.com
Victoria J. Wilson
Florida Bar. No. 92157
Email: vjw@lklsg.com
Secondary:  ph@lklsg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2024, a true and correct copy of the foregoing was filed via CM/ECF and served upon parties registered with CM/ECF in this case.

By: */s/Victoria J. Wilson*